| | |
|---|---|
| 1 | LESLIE J. GIRARD (SBN 098986)<br>County Counsel |
| 2 | SUSAN K. BLITCH (SBN 187761)<br>Assistant County Counsel |
| 3 | WILLIAM M. LITT (SBN 166614)<br>Deputy County Counsel |
| 4 | BRIAN P. BRIGGS (SBN 270766)<br>Deputy County Counsel |
| 5 | Monterey County Counsel<br>168 W. Alisal Street, 3rd Floor |
| 6 | Salinas, California 93901-2439<br>Telephone: (831) 755-5045 |
| 7 | Facsimile: (831) 755-5283<br>Email: littwm@co.monterey.ca.us |
| 8 |     briggsbp@co.monterey.ca.us |

Attorneys for Defendant
COUNTY OF MONTEREY

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| | |
|---|---|
| JAMES G. COLLINS;<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTEREY,<br>  a government entity;<br><br>    Defendant. | CASE NO. 5:19-CV-01214-NC<br><br>**DEFENDANT COUNTY OF MONTEREY'S NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE FILED ON BEHALF OF GWYN DE AMARAL**<br><br>Hearing Date: April 8, 2020<br>Time: 1:00 p.m.<br>Judge: Nathanael Cousins<br>Courtroom: Courtroom #5, 4th Floor<br>Address 280 South First Street<br>San Jose, CA 95113 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

YOU ARE HEREBY NOTIFIED that Defendant, COUNTY OF MONTEREY ("County") has received and reviewed a Motion to Intervene filed on behalf of GYWN DE AMARAL. Pursuant to Civil Local Rules, Rule 7-3(b), the County hereby states that it takes no position with respect

/ / /

-1-

1  to the Motion, neither opposing nor supporting it.

2

3  Dated: March 4, 2020                    LESLIE J. GIRARD, COUNTY COUNSEL

4

5                                          By:   /s/*Brian P. Briggs*
                                                 BRIAN P. BRIGGS,
6                                                Deputy County Counsel
                                                 Attorneys for Plaintiff COUNTY OF
7                                                MONTEREY

-2-