UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY,<br><br>    Defendant. | Case No. 21-cv-00332-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Nathanael Cousins for consideration of whether the case is related to *Collins v. County of Monterey,* Case No. 19-cv-1214-NC.

**SO ORDERED.**

Dated: April 29, 2021

_____

SUSAN VAN KEULEN
United States Magistrate Judge